UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>TERESA PEQUIGNOT, ET AL.,<br><br>Defendant. | CASE NO. 2:23-cv-00133-JHC<br><br>STIPULATION AND ORDER GRANTING THE EXTENSION OF DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADINGS |

This matter comes before the Court upon the stipulation of the parties to extend the deadline for the Pequignots to file their responsive pleading. The Court finds that good cause exists to extend the filing deadline as stipulated.

The Court ORDERS that the current deadline to file responsive pleadings is stricken and a new deadline is set for March 24, 2023.

Dated this 22nd day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge

STIPULATION AND ORDER GRANTING THE EXTENSION OF DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADINGS - 1