1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, | CASE NO. C23-0133JHC |
| | ORDER |
| Plaintiff, | |
| v. | |
| TERESA PEQUIGNOT, ET AL., | |
| Defendants. | |

16   Federal Rule of Civil Procedure 4 requires a plaintiff to serve each defendant with a

17 summons and a copy of the complaint and sets forth the specific requirements for doing so. *See*

18 Fed. R. Civ. P. 4. Rule 4(m) provides the timeframe in which service must be effectuated:

19   If a defendant is not served within 90 days after the complaint is filed, the court—
on motion or on its own after notice to the plaintiff—must dismiss the action
20   without prejudice against that defendant or order that service be made within a
specified time. But if the plaintiff shows good cause for the failure, the court must
21   extend the time for service for an appropriate period.

22

ORDER - 1

*Id.* Here, there is no proof of service during the timeframe provided by Rule 4(m) for Defendants Matthew and Angela Overvold.

Additionally, on March 17, 2023, the Court issued an order requiring the parties to file a Joint Status Report by April 21, 2023. *See* Dkt. # 5. On April 21, 2023, Plaintiff and Defendants Teresa and Donald Pequignot filed a "Joint Status Report and Discovery Plan." *See* Dkt. # 10. Although the Joint Status Report states in the opening paragraph that it was submitted by all parties, there is no indication that the Overvolds were involved.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order as to why Defendants Matthew and Angela Overvold should not be dismissed for Plaintiff's failure to comply with Rule 4(m) and the order requiring a Joint Status Report involving all parties. If Plaintiff does not demonstrate good cause, the Court will dismiss Defendants Matthew and Angela Overvold without prejudice.

Dated this 8th day of May, 2023.

JOHN H. CHUN
United States District Judge

ORDER - 2