IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>vs.<br><br>TERESA PEQUIGNOT and DONALD PEQUIGNOT, wife and husband; and MATTHEW OVERVOLD and ANGELA OVERVOLD, husband and wife.<br><br>Defendants. | No. 2:23-cv-00133-JHC<br><br>ORDER RE: AMERICAN FAMILY CONNECT PROPERTY CASUALTY INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MATTHEW AND ANGELA OVERVOLD |

This matter comes before the Court on Plaintiff's Motion for Default Judgment against Matthew and Angela Overvold. Dkt. # 23. The Court has reviewed and considered the motion and its supporting documents, pertinent portions of the record, counsel's statements during the telephonic hearing on September 1, 2023, the supplemental briefing, and the applicable law.

Being fully advised, the Court DENIES the motion without prejudice. It would seem premature to grant the requested relief. The Court does not wish to declare whether the Overvolds are bound by any judicial determination until such determination is issued.

/

ORDER RE: PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT AGAINST OVERVOLDS – 1

DATED this 6th day of September, 2023.

_____
John H. Chun
United States District Judge