UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br>v.<br><br>TERESA PEQUIGNOT and DONALD PEQUIGNOT, wife and husband; and MATTHEW OVERVOLD and ANGELA OVERVOLD, husband and wife.<br><br>Defendants. | No. 2:23-cv-00133-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO STRIKE TRIAL DATE AND ALL PRETRIAL DEADLINES |

Having considered Plaintiff American Family Connect Property and Casualty Insurance Company (Connect) and Defendants Teresa Pequignot and Donald Pequignot's Stipulated Motion to Strike Trial Date and All Pretrial Deadlines (Dkt. # 35), it is hereby ORDERED as follows:

The trial date and all pretrial deadlines in this matter are hereby STRICKEN pending the Court's consideration of Connect's Motion for Summary Judgment.

DATED this 22nd day of December, 2023.

*/s/ John H. Chun*

Hon. John H. Chun
United States District Judge