|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer, | No. 2:23-cv-00133-JHC |
|---|---|
| Plaintiff, | ORDER GRANTING AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST MATTHEW OVERVOLD AND ANGELA OVERVOLD |
| v. | |
| TERESA PEQUIGNOT and DONALD PEQUIGNOT, wife and husband; and MATTHEW OVERVOLD and ANGELA OVERVOLD, husband and wife, | |
| Defendants. | |

This matter comes before the Court on Plaintiff American Family Connect Property and Casualty Insurance Company's (Connect) Renewed Motion for Default Judgement against Defendants Matthew and Angela Overvold (the Overvolds). Dkt. # 42. The Court has reviewed all papers submitted in support of the motion, the rest of the file, and the governing law. Being fully advised, for the reasons for forth in the briefing—including the application of the *Eitel* factors—the Court GRANTS the motion and ORDERS as follows:

With respect to the claims asserted by Defendants Matthew Overvold and Angela Overvold against Defendants Donald and

Teresa Pequignot in the lawsuit entitled *Matthew Overvold and Matthew and Angela Overvold v. Donald and Teresa Pequignot*, Snohomish County Superior Court Case No. 20-2-04159-31 (the Underlying Lawsuit), that underlies the instant Declaratory Judgment action, Defendants Matthew Overvold and Angela Overvold are bound by this Court's April 2, 2024 Order Granting Motion for Summary Judgment and holding that Connect does not owe a duty to indemnify or defend the Pequignots for the Overvolds' claims against them in the Underlying Lawsuit (ECF No. 37) and the Court's related Judgment ordering same (ECF No. 38).

DATED this 18th day of June, 2024.

_____
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT – 2
CAUSE NO.: 2:23-cv-00133-JHC