# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>TERESA PEQUIGNOT, ET AL.<br><br>　　　　　　　　Defendant | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-00133-JHC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT AMENDS ITS JUDGMENT AT DOCKET 38 AND HAS ORDERED THAT

　　1.　　Plaintiff American Family Connect Property and Casualty Insurance Company's Motion for Summary Judgment, Dkt. # 29, is GRANTED. The Court DECLARES that Plaintiff does not owe a duty to defend or a duty to indemnify Defendants Teresa Pequignot and Donald Pequignot for the claims asserted against them in the underlying lawsuit: *Matthew Overvold and Matthew and Angela Overvold v. Donald and Teresa Pequignot*, Snohomish County Superior Court Case No. 20-2-0459-31.

2. Plaintiff American Family Connect Property and Casualty Insurance Company's Renewed Motion for Default Judgment Against Matthew Overvold and Angela Overvold, Dkt. # 42, is GRANTED. The Court DECLARES that Defendants Matthew Overvold and Angela Overvold are bound by this Court's Order Granting Motion for Summary Judgment. *See* Dkt. # 37.

Dated June 18, 2024.

Ravi Subramanian
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk